## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EDUIN YOVANI HERRERA ANTUNEZ, Petitioner, v. LEONARD ODDO, et. al., Respondents. | Civil No. 26-43 |

## ORDER OF COURT

AND NOW, this 15th day of April, 2026, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1); and the Respondents" Notice of Suggestion of Mootness and Advance Passenger Information System ("APIS") form (ECF Nos. 18 and 18-1), which advised that Petitioner was removed from the United States on March 18, 2026; the court concludes there is no remedy that the court can provide and no live case or controversy as required by Article III, § 2 of the Constitution, *see Keitel v. Mazurkiewicz*, 729 F.3d 278, 280 (3d Cir. 2013); and therefore, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED as moot.  The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge